July 30, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

CHRISTOPHER NORMAN, Appellant

NO. 14-12-00995-CV                         V.

CHRISTOPHER HENKEL AND LISA HENKEL, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Christopher Henkel and Lisa Henkel, signed July 31, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Christopher Henkel and Lisa Henkel, jointly and severally.

We further order this decision certified below for observance.